**RECEIPT** 374068

DATE 8/8/24
RECEIVED FROM Ronald Massie
ADDRESS
DOLLARS $ 605.00
FOR 23cv1548-VDO Notice of Appeal
credit card

| ACCOUNT | | | HOW PAID | |
|---|---|---|---|---|
| BEGINNING BALANCE | | | CASH | |
| AMOUNT PAID | | | CHECK | |
| BALANCE DUE | | | MONEY ORDER | |

BY /s/

© REDIFORM® S1654NCR